**In the Interest of: I.J.W.**

**Juvenile Officer, Respondent,**

v.

**I.J.W., Appellant.**

**No. WD 72473.**

Missouri Court of Appeals,
Western District.

June 14, 2011.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 2, 2011.

Michael Fogal, Kansas City, MO, for
Respondent.

Rosemary E. Percival, Assistant Public
Defender, Kansas City, MO, for Appellant.

Before Division IV: LISA WHITE
HARDWICK, Chief Judge, Presiding,
KAREN KING MITCHELL, Judge, and
DONALD T. NORRIS, Special Judge.

### Order

PER CURIAM:

I.J.W. appeals from a judgment of the Circuit Court of Jackson County, Missouri ("family court") finding beyond a reasonable doubt that I.J.W. had committed two

acts that, had he been an adult, would have constituted the offense of statutory sodomy against K.R. The judgment did not find beyond a reasonable doubt that I.J.W. had committed an act which would have constituted the offense of child molestation against K.J. The basis for I.J.W.'s appeal is that the family court erred in denying him a jury trial. We affirm the judgment of the family court. Rule 84.16(b).